GEORGE TRACY, Respondent, v. EASTERN LOADING CORPORATION, Appellant. — Judgment reversed on the law, and complaint unanimously dismissed, without costs of this appeal. The plaintiff having been injured on the dock, the exclusive remedy for his hurts is under the act of the State of New York commonly known as the Workmen's Compensation Act, being chapter 67 of the Consolidated Laws of 1918 and the acts amendatory and supplemental thereto.† (See *State Industrial*

---

*Now Civ. Prac. Act, § 259.— [REP.

† Workmen's Compensation Law (Consol. Laws, chap. 67; Laws of 1914, chap. 41), as amd.; Id. § 2, groups 8, 10, as re-enacted by Laws of 1918, chap. 249. Now Consol. Laws, chap. 67 (Laws of 1922, chap. 615), § 3, groups 11, 12. See 42 U. S. Stat. at Large, ——, chap. ——, amdg. 36 id. 1091, § 24, subd. 3, and 36 id. 1160, 1161, § 256, subd. 3, being Judicial Code, as amd. June 10, 1922.— [REP.

*Commission* v. *Nordenholt Corporation*, —— U. S. ——, decided May 29, 1922.) Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.